December 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF THE MARRIAGE OF KRISTA LYNN SCHWAB AND JEREMY WAYNE SCHWAB

NO. 14-16-00920-CV

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on October 21, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Krista Lynn Schwab.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.